# Court of Appeals
# of the State of Georgia

ATLANTA,  March 25, 2019

*The Court of Appeals hereby passes the following order:*

## A19A0065. GEORGE LEDET v. TOWER LENDING, LLC, et al.

The appeal in this case was docketed on July 27, 2018, making the appellant's briefs and enumerations of error due on August 16, 2018. See Court of Appeals Rules 23 (a). Appellant was given due notice of these facts. See Court of Appeals Rule 13.

As of this date, appellant has not filed either his enumerations of error or his brief, nor has he sought an extension of time in which to do so. Accordingly, the instant appeal is hereby DISMISSED pursuant to Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/25/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*